UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RHIANNON NICOLE TAGERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ANAKEESTA, LLC, ) | Civil Action No. _____ |
| c/o Registered Agent, Pam Hutchison, ) | JURY DEMAND |
| 1467 Baskin Creek Byp., ) | |
| Gatlinburg, TN 37738, ) | |
| ) | |
| and ) | |
| ) | |
| SAFE-STRAP COMPANY, INC., ) | |
| c/o Registered Agent, ) | |
| HF Registered Agents, LLC, ) | |
| 1715 Monroe Street, ) | |
| Fort Myers, FL 33901, ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT FOR DAMAGES

### JURISDICTION

Jurisdiction of this court is founded upon the diversity of citizenship of the parties and the amount in controversy which exclusive of interest and costs exceeds the sum of Seventy-Five Thousand and No/100 Dollars ($75,000.00) under 28 U.S.C. § 1332, et seq.

The plaintiff is a citizen and resident of the state of Louisiana. Defendant Anakeesta, LLC is a limited liability company in the state of Tennessee and operates the Anakeesta Mountain Coaster in Gatlinburg, Tennessee within the Eastern District of Tennessee.

Defendant Safe-Strap Company, Inc. is a foreign corporation located at 13830 Jetport Commerce Parkway, Suite 2; Fort Myers, FL 33913-7726.

## FACTS

Plaintiff alleges that on May 3, 2019, she was on vacation in the city of Gatlinburg, Tennessee and was visiting the Anakeesta Theme Park to view the sites. She then purchased a ticket to ride the Anakeesta Mountain Coaster back down the mountain. The mountain coaster provided the plaintiff with a chair lift to ride up to the top of the mountain and then offer the option of a ride down on what is known as the Roadrunner which consists of a single seated coaster on a single rail. The plaintiff elected to ride the Rail Runner down and was placed on the seat of the rail runner when an attendant of defendant Anakeesta secured her on the seat by strapping her in with a seatbelt provided on the runner.

Plaintiff alleges that the seatbelt on the rail runner had been purchased by and supplied to Anakeesta by defendant Safe-Strap Company, Inc. for the purpose of securing the passengers on the rail runners a safe ride down the mountain.

After purchasing her ticket and being seated on the rail runner, she started down the mountain gaining speed, at which point, in a curve to the right, the seatbelt came loose allowing her to be thrown off the rail runner onto the side of the mountain resulting in the personal injuries and damages hereinafter set forth.

## NEGLIGENCE

Plaintiff alleges that the attendant, an agent, servant, and/or employee of defendant Anakeesta, secured the seatbelt around the plaintiff, allowed her to proceed down the mountain at which point the seatbelt came loose throwing her off. Plaintiff alleges that defendant Anakeesta through its agent, servant, and/or employee failed to properly secure the seat belt prior to the plaintiff leaving the top of the mountain resulting in the crash.

## STRICT LIABILITY

Plaintiff alleges that defendant Safe-Strap Company, Inc. is liable under the Tennessee Products Liability Statute, Tenn. Code Ann. § 29-28-10, et seq. in that the seat belt system on the rail runner which plaintiff was seated was defective and/or unreasonably dangerous at the time it was sold and installed in that it failed the consumer expectation test when the seat belt came loose allowing the plaintiff to be thrown off the rail runner and onto the mountain.

Plaintiff alleges that the combination of the fault of Anakeesta with regard to negligence and the fault of Safe-Strap with regard to its defective equipment combined to cause plaintiff serious personal injuries as set out below.

Plaintiff alleges that as a result of the incident on May 3, 2019, she was immediately transported from the scene to LeConte Medical Center and then to the University of Tennessee Trauma Center in Knoxville, Tennessee, with serious injuries including cuts, contusions to her shoulder including a rotator cuff tear, lacerations and bruises to her head and face, bruising to her left hip and thigh, including injuries to the nerves and soft tissues in her back and neck all of which required hospitalization, medical treatment both past and future.

Plaintiff alleges that the aforesaid injuries are permanent in their capacity, and in her capacity to earn a living and enjoy life alleges that she will incur future medical expenses, loss of time from work including the ability to perform her regular job, pain and suffering, past and future.

Wherefore plaintiff demands judgment against the defendants each of them in the sum of Two Million, Five Hundred Thousand and No/100 Dollars ($2,500,000.00) in damages and demands a jury to try this cause.

GILREATH & ASSOCIATES, PLLC

By: _/s/ Sidney W. Gilreath_
Sidney W. Gilreath, Esq. BPR#002000
Cary L. Bauer, Esq. BPR#019735
550 Main Avenue, Suite 600
P.O. Box 1270
Knoxville, TN 37901-1270
(865) 637-2442
(865) 971-4116 fax
gilknox@sidgilreath.com
clbauer@sidgilreath.com