UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RHIANNON NICOLE TAGERT,  )<br>    PLAINTIFF,  )<br>  )<br>vs.  )<br>  )<br>  )<br>ANAKEESTA, LLC and  )<br>SAFE-STRAP COMPANY, INC.  )<br>    DEFENDANTS. | Civil Action No. 3:19-CV-294<br>JURY DEMAND |

## NOTICE OF APPEARANCE

Notice is hereby given of the appearance of Minton P. Mayer of the law firm of Quintairos, Prieto, Wood & Boyer, P.A., as counsel for Defendant Safe-Strap Company, Inc. in the above-styled case.

Respectfully submitted,

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

By: /s/ Minton P. Mayer

**Minton P. Mayer, #18111**
5050 Poplar Avenue, Suite 918
Memphis, TN 38157
(901) 312-1640
(901) 312-1639 fax
Minton.Mayer@qpwblaw.com
*Attorney for Safe-Strap Company, Inc.*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on the 27th day of August 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF System which sent notification of such filing to the following and further certify that a true and accurate copy of the foregoing was served via US Mail, postage prepaid, to counsel of record as follows:

| | |
|---|---|
| Sidney W. Gilreath, Esq.<br>Cary L. Bauer, Esq.<br>Gilreath & Associates, PLLC<br>5050 Main Avenue, Suite 600<br>P.O. Box 1270<br>Knoxville, 37901-1270 | Daniel Gas, Esq.<br>O'Neil, Parker & Williamson, PLLC<br>7610 Gleason Drive, Suite 200<br>Knoxville, TN 37919 |

                                                _/s/Minton P. Mayer_____