# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| RHIANNON NICOLE TAGERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. **3:19-CV-294** |
| vs. ) | JURY DEMAND |
| ) | |
| ANAKEESTA, LLC, and ) | |
| SAFE-STRAP COMPANY, INC., ) | |
| BRANDAUER, and ) | |
| HOMA INDUSTRIES, INC., ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT
FOR DAMAGES AND EXTENSION FOR SERVICE OF PROCESS**

Comes now the plaintiff, by and through counsel, pursuant to Rule 6(b)(1) of the *Federal Rules of Civil Procedure* and moves this honorable court for an extension of time to respond to Defendant HOMA Industries, Inc.'s Motion to Dismiss. Plaintiff requests an additional 30 days to respond. Counsel has conferred with counsel for HOMA Industries, Inc. who has no objection to this motion.

Respectfully submitted,

GILREATH & ASSOCIATES, PLLC

By:    s/Sidney W. Gilreath
       Sidney W. Gilreath, Esq. BPR#002000
       Cary L. Bauer, Esq. BPR#019735
       550 Main Avenue, Suite 600
       P.O. Box 1270
       Knoxville, TN 37901-1270
       (865) 637-2442
       (865) 971-4116 fax
       gilknox@sidgilreath.com
       clbauer@sidgilreath.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that an exact copy of this pleading has been served on all counsel of record by placing same in the United States Mail, postage prepaid, by delivering same to the office of said counsel, or via facsimile.

Daniel M. Gass, Esq.
O'Neil, Parker, & Williamson
7610 Gleason Drive, Suite 200
Knoxville, TN 37919
*Attorney for Anakeesta, LLC*


Minton Mayer, Esq.
Quintairos, Prieto, Wood & Boyer, P.A.
5050 Poplar Ave., Suite 918
Memphis, TN 38157
*Attorney for Safe-Strap Company, Inc.*

Andrew J. Lewis, Esq.
Law Office of Gary R. Wilkinson
51 Century Blvd., Suite 300
Nashville, TN 37214

*Attorney for HOMA Industries*


This the 18th day of August, 2020.

                                                s/Sidney W. Gilreath
                                                Gilreath & Associates, PLLC